[No. 2318-3.   Division Three.   June 13, 1978.]

ROSE WALKER, *Appellant,* v. DAVID CORNELY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 20845, Fred R. Staples, J., entered

February 28, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Roe, JJ.